BARRY D.AMMON, SBN 92080
1430 Franklin St., Ste. 208
Oakland, CA. 94612
Telephone: (510) 465-7900
Fax:        (510) 228-0319

RECEIVED

AUG - 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorney for Plaintiff DIANE McKINZY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 05 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DIANE McKINZY,

                    Plaintiff

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, also known as AMTRAK,
WILFRED HUBBARD, DOES I through X,
Inclusive,

                    Defendants.
_____/

CASE NO. CV 10-1866 CW

NOTICE OF SUBSTITUTION
OF COUNSEL FOR PLAINTIFF
DIANE McKINZY

ORIGINAL
FILED
AUG 05 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    TAKE NOTICE that Plaintiff DIANE McKINZY substitutes DIANE

McKINZY, Plaintiff in Pro Per instead of and in place of BARRY D. AMMON as

her counsel and attorney of record in this matter.

                    Former Attorney

Barry D. Ammon, SBN 92080
1430 Franklin St., Ste. 208
Oakland, CA. 94612
Telephone: (510) 465-7900
Fax:        (510) 228-0319

is no longer her attorney in this matter.

-1-

Notice of Substitution of Counsel for Plaintiff Diane McKinzy

Plaintiff's new counsel in this matter and new attorney of record on whom all notices and papers may be served is:

Diane McKinzy
Plaintiff in Pro Per
1304 Crestfield Dr.
San Ramon, CA. 94583
Telephone: (925) 828-1215

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: July 30, 2010

DIANE McKINZY
Plaintiff

Dated: July 30, 2010

BARRY D. AMMON
Former Attorney for Plaintiff

Dated: July ___, 2010

DIANE McKINZY
Plaintiff in Pro Per
1304 Crestfield Dr.
San Ramon, CA. 04583
Telephone: (925) 828-1215

Plaintiff in Pro Per

SO ORDERED.

AUG _ _ _

UNITED STATES DISTRICT JUDGE

-2-

Notice of Substitution of Counsel for Plaintiff Diane McKinzy

# PROOF OF SERVICE

My business/residence address is 1430 Franklin St., Ste. 208, Oakland, CA. 94612.

I am employed in/a resident of the County of Alameda, am over the age of 18, and

not a party to the within cause.  On the date set forth below, I served the following

document(s) described as:

Notice of Substitution of Counsel for Plaintiff Diane McKinzy

___ (by Express Mail) On _____, I delivered each such envelope to be
delivered to the U.S. Post Office Express Mail in Oakland, California to be delivered to the
addressee on the next day.

xx_ (by Mail) On August  4 2010, I placed such envelope(s) addressed as set forth below
with postage thereon to be fully prepaid, to be deposited in a recognized place of deposit of
the U.S. mail at Oakland, California, for collection and mailing to the office of the
addressee(s) shown herein, following ordinary business practices.

____(by Personal Service I delivered such envelope(s) to be delivered by hand this date to
the office of the addressee stated below on _____.

___(by Facsimile Transmission) On _____, I transmitted said
document(s) by facsimile transmission to the number indicated after the address (es)
noted below:

Lafayette & Kumagai, LLP
100 Spear St., Suite 600
San Francisco, CA. 94105
Attn.: Gary T. Lafayette, Esq.
       Charlie Y. Chou, Esq..
Fax No.: (415) 357-4605

    I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct and that this declaration is executed on August  4 , 2010
at Oakland, California.

BARRY D. AMMON

Proof of Service