IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE McKINZY,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, also known as AMTRAK, WILFRED HUBBARD, DOES I through X, inclusive,<br><br>          Defendants.                    / | No. 10-cv-01866 CW<br><br>ORDER REGARDING DEPOSITION OF PLAINTIFF DIANE MCKINZY AND DEADLINE FOR SUMMARY JUDGMENT MOTION |

   On May 24, 2011, Defendant National Railroad Passenger Corporation, also known as Amtrak, submitted a letter requesting an order from this Court, directing Plaintiff Diane McKinzy, pro per, to appear for her deposition on June 3, 2011.  In addition, Defendant seeks an extension of time to file a motion for summary judgment from June 9, 2011 to June 23, 2011, with a new hearing date of July 28, 2011 at 2 pm.

   While a letter is not the proper way to seek relief from the Court, the Court will consider it due to the time pressures involved.  Plaintiff shall file on or before June 1, 2011 any opposition to Defendant's requests.  If Plaintiff fails to demonstrate good cause otherwise, she will be ordered to sit for

her deposition on June 3, 2011 and the summary judgment schedule will be changed. If Plaintiff violates this Court's discovery order she is subject to sanctions, which could include monetary sanctions and/or dismissal of her claims.

IT IS SO ORDERED.

Dated   5/26/2011

CLAUDIA WILKEN
United States District Judge