IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE MCKINZY,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-01866 CW<br><br>ORDER OF <u>REFERENCE TO MAGISTRATE JUDGE</u> |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Hearing noticed for July 28, 2011 is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/20/2011

                                                 */s/ Claudia Wilken*
                                       <u>CLAUDIA WILKEN</u>
                                       United States District Judge

cc: Sue; Assigned M/J w/mo.