IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE MCKINZY, | No. 10-01866 CW |
| Plaintiff, | ORDER RE MOTION TO MODIFY THE COURT'S PRETRIAL SCHEDULING ORDER (Docket No. 81) |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendants. / | |

On December 15, 2011, Defendants filed a motion to modify the Court's pretrial scheduling order. (Docket No. 81). Plaintiff's response to the motion is due December 19, 2011. The motion will will be decided on the papers. The hearing previously set for Thursday, January 19, 2011 is vacated.

Dated: 12/16/2011

CLAUDIA WILKEN
United States District Judge