IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE McKINZY, | No. C 10-1866 CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR A CONTINUANCE (Docket No. 93) |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, also known as AMTRAK; WILFRED HUBBARD; DOES I through X, inclusive, | |
| Defendants. | |

On December 15, 2011, Defendants moved to continue the final pretrial conference and trial date in this action for sixty days, as well as related deadlines, pursuant to this Court's standing order for pretrial preparation. Plaintiff opposed the continuance, although she suggested that she would be amenable to a brief continuance. The Court denied the motion for a continuance. Three days after opposing Defendants' motion, Plaintiff moved for a continuance, advising the Court that she expected to give birth that week. Docket No. 93.

The final pretrial conference and trial dates are vacated. The parties are to appear for their January 6, 2012 settlement conference before Magistrate Judge Corley at 11:30 am, unless Plaintiff's doctor advises against it, in which case Judge Corley will reschedule the settlement conference. If the case does not settle, the parties shall appear for a trial setting conference on

February 1, 2012 at 2:00 pm.  If the settlement conference has not been completed by that date, Defendants shall advise the Court and that date will be continued.

IT IS SO ORDERED.

Dated: 1/3/2012

CLAUDIA WILKEN
United States District Judge