1  DIANE MCKINZY
   4090 Lockhart Street
2  Dublin, CA 94568

3  Plaintiff, Pro Per

4
   L. JULIUS M. TURMAN, (SBN 226126)
5  PHILIP J. SMITH, (SBN 232462)
   MORGAN, LEWIS & BOCKIUS LLP
6  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
7  Tel: 415.442.1000
   Fax: 415.442.1001
8
   Attorneys for Defendant
9  NATIONAL RAILROAD PASSENGER
   CORPORATION, aka AMTRAK AND
10 WILFRED HUBBARD

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14
   DIANE McKINZY,                              Case No. C10-1866 CW
15
              Plaintiff,                       **STIPULATED DISMISSAL**
16
        vs.
17
   NATIONAL RAILROAD
18 PASSENGER CORPORATION, aka
   AMTRAK AND WILFRED
19 HUBBARD, DOES 1 through X,
   inclusive,
20
              Defendant.
21

22

23      IT IS HEREBY STIPULATED, by and between the parties, through their

24 designated counsel, that subject to the terms and conditions of the Settlement

25 Agreement executed by the parties with effective date of  1·6·12 , the terms of

26 which are incorporated herein, and pursuant to Fed. R. Civ. P. 41, all pending

27 motions, claims and defenses in this action are dismissed with prejudice, each party

28 to bear its own costs, expenses, and attorneys' fees.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                    1
DB2/ 22889381.1

AGREED AS TO FORM AND CONTENT:

Dated: ~~December ___, 2011~~ JANUARY 6, 2012

MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN
PHILIP J. SMITH

By _____
L. JULIUS M. TURMAN
Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION,
aka AMTRAK AND WILFRED
HUBBARD

Dated: January 6, 2012

By _____
Diane McKinzy, Plaintiff

## ORDER OF DISMISSAL WITH PREJUDICE

Dated: January 9, 2012

By _____
HON. CLAUDIA WILKEN
United States District Judge

2

DB2/ 22889381.1